FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

2013 SEP -6  ⊃ 2: 16

NORTHERN DIVISION

DISTRICT OF UTAH

BY:_____
~~DEPUTY CLERK~~

XYNGULAR,

        Plaintiff,

vs.

INNUTRA ARIZONA, et al.,

        Defendants.

NOTICE OF RECUSAL

Case No. 2:13 CV 685

---

I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

DATED this 6th day of September, 2013.

        BY THE COURT:

        *Tena Campbell*

        TENA CAMPBELL
        U. S. District Court Judge

```
Case: 2:13-cv-00685
Assigned To : Stewart, Ted
Assign. Date : 09/06/2013
Description: Xyngular v. Innutra Arizona
 et al
```