| | |
|---|---|
| Justin T. Toth (8438) | Ronda R. Fisk (admitted *pro hac vice*) |
| Maria E. Heckel (10761) | Chelsea Sage Durkin (admitted *pro hac vice*) |
| RAY QUINNEY & NEBEKER PC | OSBORN MALEDON, P.A. |
| 36 South State Street, Suite 1400 | 2929 North Central Avenue |
| Salt Lake City, Utah 84145-0385 | Suite 2100 |
| (801) 532-1500 | Phoenix, Arizona  85012-2794 |
| jtoth@rqn.com | (602) 640-9000 |
| mheckel@rqn.com | rfisk@omlaw.com |
| | cdurkin@omlaw.com |

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| XYNGULAR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INNUTRA, LLC, an Arizona limited liability company, INNUTRA, LLC, a California limited liability company, JAMES AYRES, an individual, CINDY HANSEN, an individual, GLEN OLIVER, an individual, CICELY KARST, an individual, and CHRIS HUMMEL, an individual,<br><br>Defendants. | **REQUEST TO SUBMIT FOR DECISION**<br><br>**(Defendant Innutra, LLC's Motion to Dismiss For Lack of Personal Jurisdiction (Docket No. 60))**<br><br>Case:  2:13-cv-00685-TS<br><br>Judge Ted Stewart |

Defendant Innutra, LLC, a California limited liability company (hereinafter "Innutra CA"), pursuant to DUCivR 7-3, requests that its Motion to Dismiss for Lack of Personal Jurisdiction and Supporting Memorandum (Docket No. 60) filed with the Court and served on September 23, 2013, be submitted for decision.  Plaintiff's response was due on October 24, 2013, however no response has been filed as of this date.  Innutra CA has not and will not request oral argument on this matter.

1

DATED this 28th day of October, 2013.

        OSBORN MALEDON, P.A.

        /s/ Ronda R. Fisk
        Ronda R. Fisk
        Chelsea Sage Durkin
        2929 North Central Avenue, Suite 2100
        Phoenix, Arizona  85012-2794

        RAY QUINNEY & NEBEKER PC
        Justin T. Toth
        Maria E. Heckel
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

       I hereby certify that on October 28, 2013, the attached **REQUEST TO SUBMIT FOR DECISION** was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants as follows:

- **J. Angus Edwards -** aedwards@joneswaldo.com
- **Brett D. Ekins -** bekins@joneswaldo.com
- **Maria E. Heckel -** mheckel@rqn.com
- **Justin T. Toth -** jtoth@rqn.com

                                    /s/ Kelly Dourlein