IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| XYNGULAR CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>INNUTRA, LLC, an Arizona limited liability company, INNUTRA, LLC, a California limited liability company, JAMES AYRES, an individual, CINDY HANSEN, an individual, GLEN OLIVER, an individual, CECILY KARST, an individual, and CHRIS HUMMELL, an individual,<br><br>    Defendants. | ORDER GRANTING DEFENDANT INNUTRA CALIFORNIA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION<br><br><br><br>Case No. 2:13-CV-685 TS |

      This matter is before the Court on Defendant Innutra, LLC, a California limited liability company's ("Innutra California") Motion to Dismiss for Lack of Personal Jurisdiction. Plaintiff has not responded to Defendant's Motion and the time for doing so has passed. Having reviewed the Motion, the Court finds that it lacks personal jurisdiction over Defendant Innutra California.

1

It is therefore

ORDERED that Defendant Innutra California's Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 60) is GRANTED.

DATED   October 29, 2013.

BY THE COURT:

_____
TED STEWART
United States District Judge